IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 16-24543-CIV-JAL

WILMORE TAPANES, and others
similarly situated,

    Plaintiff,

vs.

TREMONT TOWING, INC., a Florida
Corporation, and MANNY E. DIAZ,
individually,

    Defendants.
_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendants, TREMONT TOWING, INC. and MANNY E. DIAZ, by and through their undersigned counsel, and pursuant to Federal Rules of Civil Procedure herby file and serve their Answer and Affirmative Defenses and respond as follows:

1. Defendants admit that Plaintiff seeks alleged overtime wages, minimum wages, and other alleged damages pursuant to the Fair Labor Standards Act ("FLSA"). Defendants deny that there were any violations of the FLSA and deny all liability.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted, subject to the motor carrier act.

7. Admitted.

8. Denied.

9. Denied.

## COUNT I—UNPAID OVERTIME WAGES

10. Defendants restate their responses to paragraphs 1-9 as if fully set forth herein.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Without knowledge, therefore denied.

## COUNT II—CLAIMS FOR FLSA MINIMUM WAGES

20. Defendants restate their responses to paragraphs 1-9 as if fully set forth herein.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Admitted that the FLSA guarantees that employees be paid a minimum wage, subject to exemptions.

26. Denied.

27. Denied.

28. Without knowledge, therefore denied.

## DEMAND FOR JURY TRIAL

Defendants demand trial by jury on all issues so triable.

## AFFIRMATIVE DEFENSES

1. The Amended Complaint is barred, in whole or in part, with respect to all times during which Plaintiff was engaged in activities which were preliminary or postliminary to his principal activities.

2. The Amended Complaint is barred, in whole or in part, with respect to all times during which Plaintiff was waiting to be engaged.

3. The Amended Complaint is barred, in whole or in part, because all actions and/or omissions complained of were taken in good faith based on reasonable grounds for believing such actions and/or omissions were not a violation of the FLSA and/or other applicable law.

4. The Amended Complaint is barred, in whole or in part, because some or all of the time for which compensation is sought by Plaintiff is *de minimis*, and therefore is not compensable.

5. Plaintiff may not recover liquidated damages and prejudgment interest because such relief would amount to a "double recovery."

6. Plaintiff is not entitled to any relief with regard to any bona-fide sleep, break or meal period(s).

7. Plaintiff was exempt pursuant to the "piece rate" exemption, 29 U.S.C. §207(g).

8. Plaintiff and/or Defendants were exempt pursuant to the retail or service establishment exemption, 29 U.S.C. §207(i).

9. Plaintiff was an "exempt" employee under the FLSA, 29 U.S.C. §213(b)(1).

10. Plaintiff was an "exempt" employee under the motor carrier exemption.

11. Plaintiff was an "exempt" employee under the outside sales exemption, 29 U.S.C. §213(a)(1), inclusive of 29 C.F.R. §541.

Respectfully submitted,

THE ORLOFSKY LAW FIRM, P.L.
Counsel for Defendants,
TREMONT TOWING, INC. and
MANNY E. DIAZ,
767 Arthur Godfrey Road
Miami Beach, Florida 33140
Telephone: 305-538-2344
Facsimile:  305-907-5248


By: /s Meghan E. Paraschak
    MEGHAN E. PARASCHAK, ESQ.
    meghan@orlofskylawfirm.com
    Florida Bar No. 106566


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served this 6th day of February, 2017 via email on Co-Counsel for Plaintiff, WILMORE TAPANES, Daniel T. Feld, Esq., Law Offices of Daniel T. Feld, P.A., 2847 Hollywood Boulevard, Hollywood, Florida 33020; danielfeld.esq@gmail.com; and on Co-Counsel for Plaintiff, WILMORE TAPANES, Isaac Mamane, Esq., Mamane Law LLC, 1150 Kane Concourse, Fourth Floor, Bay Harbor Islands, Florida 33154; mamane@gmail.com.

By: /s Meghan E. Paraschak
    MEGHAN E. PARASCHAK, ESQ.